## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION-DETROIT

IN RE:
KEVIN DAVID TARCEA, and
EMILY RACHAEL TARCEA

Chapter 13
Case No. 09-59946-mbm
Hon. Marci B. McIvor

Debtors.
_____/

**ORDER CONFIRMING PLAN**

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **OSIPOV BIGELMAN, P.C.**, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ Fees by Application in fees and $Fees by Application in expenses, and that the portion of such claim which has not already been paid, to-wit: $ Fees by Application shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

■ The Debtor(s) shall remit 100% of all tax refunds to which Debtor(s) is/are entitled during the pendency of the Plan and shall not alter withholdings without Court approval. The Internal Revenue Service is ordered to direct to the Chapter 13 Trustee the requisite refund to which the Debtor(s) become(s) entitled during the pendency of this Chapter 13 proceeding.

■ The Debtor(s)' Plan payments shall be increased to **$ 510.00** per weekly effective the 10th day of September, 2009.

■ Other: The Debtors' Attorney fees shall be disbursed in the amount of $3,000.00 in the initial disbursement and $250.00 per month thereafter until paid in full.

**Objections Withdrawn**

For Creditor : /s/Laura Davis (w/consent)
                Laura Davis (P71064)
                Attorney for MERS
                31440 Northwestern Hwy., Ste. 200
                Farmington Hills, MI 48334-2525
                (248) 642-2515

| | |
|---|---|
| /s/ David Wm. Ruskin<br>DAVID WM. RUSKIN (P26803)<br>Chapter 13 Standing Trustee<br>1100 Travelers Towers<br>26555 Evergreen Road<br>Southfield, MI 48076<br>(248) 352-7755 | /s/ Christopher F. Nelson<br>YULIY OSIPOV (P59486)<br>CHRISTOPHER F. NELSON (P70034)<br>Attorney for Debtor<br>20700 Civic Center Drive, Ste. 310<br>Southfield, MI 48076<br>Tel: 248-663-1800/Fax: 248-663-1801<br>yo@osbig.com<br>cfn@osbig.com |

.

**Signed on September 16, 2009**

                                                      **_____  __/s/ Marci B. McIvor_     ___**
                                                      **Marci B. McIvor**
                                                      **United States Bankruptcy Judge**